

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

On December 12, 2013, we abated the appeal to the trial court pursuant to Rule 38.8(b). *See* TEX. R. APP. P. 38.8(b).  We ordered the supplemental clerk's record and supplemental reporter's record to be filed on or before January 13, 2014.  The court coordinator has filed a letter requesting an extension of time in which to hold the abandonment hearing.   The coordinator has further informed the court that the hearing will be held on February 14, 2014. We therefore ORDER the trial court to file the supplemental clerk's and reporter's records in this court **no later than February 24, 2014**.  All appellate deadlines are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court